UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, <br><br> and <br><br> SHANE HARRIS <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 15-cv-01478-ABJ <br> Judge Amy Berman Jackson |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's November 25, 2015 Minute Order, Defendant, the Department of State ("State") hereby provides an update on this litigation, including the status of the production of responsive, non-exempt information in response to Plaintiffs' FOIA request.[1]

Status of FOIA Searches and Production of Responsive, Non-Exempt Information

1. Defendant has identified five bureaus as reasonably likely to have documents responsive to Plaintiffs' FOIA request and tasked those bureaus with conducting searches for potentially-responsive records.

2. The five bureaus have completed the assigned searches and provided potentially-responsive records, totaling several thousand pages, to State's FOIA office.

---

[1] As described in Plaintiffs' Complaint, Plaintiffs are seeking Department of State records pertaining to "former Secretary of State Hillary Rodham Clinton's [] private attorney, David Kendall," and his "control over a thumb drive containing [certain] emails." ECF No. 1, at ¶ 6.

3. Defendant is presently reviewing the thousands of pages of potentially-responsive records located by the five bureaus to: 1) identify the documents that actually contain information responsive to the FOIA request; 2) to segregate non-exempt information in records containing responsive information; and 3) to produce responsive, non-exempt information to Plaintiffs on a timely basis.

4. Defendant anticipates making its first production of responsive, non-exempt information in response to Plaintiffs' FOIA request on or about January 11, 2016, with rolling productions to be made every four weeks thereafter.

5. In light of the volume of potentially-responsive material, Defendant is unable to reliably forecast a completion date for all productions at this early stage.  Defendant anticipates providing a completion date after making its second production of responsive, non-exempt information, on or about February 8, 2016.

6. Defendant therefore proposes that it provide the Court with a further status report on or before February 12, 2016.

Status of Related Case

On October 30, 2015, Defendant filed a notice of related case alerting the Court to the existence of another civil action, *David W. Brown v. Dep't of State*, Civ. No. 1:15-01459-CKK (D.D.C.) ("Case No. 15-1459"), concerning a similar FOIA request.  *See* ECF No. 9.  Defendant also filed a coordinate notice in Case No. 15-1459 identifying this case as a related case.  The Plaintiffs in this case have objected to the related case designation, noting that the FOIA requests at issue in the two cases are not identical.  *See* ECF No. 10.

To date, State's processing of the FOIA requests confirms that the requests are similar, but not identical,. State has identified the same five bureaus as reasonably likely to have documents responsive to the FOIA requests at issue in this case and in Case No. 15-1459. In conducting keyword searches of electronic documents, however, the bureaus have employed different keywords in searching for potentially-responsive documents.

At this stage, State cannot yet ascertain the extent to which the same documents will be produced in response to the FOIA requests at issue in the two cases or whether those documents will contain exempt information not subject to production under FOIA. State continues to believe that, in the event there are challenges to the withholding of the same material as exempt in both this case and in Case No. 15-1459, it would be in the interests of efficient litigation and judicial economy for those issues to be litigated once rather than twice. Accordingly, Defendant respectfully suggests that the Court consider the appropriate level of coordination and/or consolidation between the two cases at a later time, when the scope of issues in dispute (if any) becomes clear to the parties and the Court.[2]

Dated: December 3, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

/s/ *Eric J. Soskin*
ERIC J. SOSKIN (PA Bar #200663)
Senior Counsel

---

[2] Undersigned counsel has discussed this issue with counsel for Plaintiffs. Plaintiffs take no position on deferring consideration of this issue.

Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov