UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT,<br><br>and<br><br>SHANE HARRIS<br><br>    Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 15-cv-01478-ABJ<br>Judge Amy Berman Jackson |

## STATUS REPORT

Pursuant to this Court's April 15, 2016 Minute Order, the parties hereby provide a joint status report to update the Court on this litigation, including the status of the production of documents and the need for further proceedings.

Status of Responses to Plaintiffs' FOIA Requests

1. As noted in the parties' April 15, 2016 status report, State belatedly identified one individual in the Office of the Legal Advisor for whom searches had not been completed. Those searches have been completed and 13 responsive documents identified. State is processing those documents and anticipates producing them by May 13, 2016.

Proposed Briefing Schedule for Further Proceedings

2. Counsel for the parties have conferred and determined that summary judgment briefing is appropriate in this matter.

3. Counsel for the parties therefore propose the following briefing schedule:

- Defendant's summary judgment deadline: June 22, 2016
- Plaintiffs' response deadline: July 29, 2016
- Defendant's reply deadline: August 26, 2016

Dated: May 6, 2016   Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

/s/ *ERIC J. SOSKIN*
ERIC J. SOSKIN (PA Bar #200663)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Attorneys for Defendant*

_____/s/_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
brad@markzaid.com
mark@markzaid.com
*Attorneys for Plaintiff*