**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT,<br><br>and<br><br>SHANE HARRIS<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF STATE,<br><br>Defendant. | Civil Action No. 15-cv-01478-ABJ<br>Judge Amy Berman Jackson |

**STATUS REPORT**

Pursuant to this Court's January 30, 2017 Order, the parties hereby provide a joint status report to update the Court on this litigation, including the need for further proceedings.

1. Upon receipt of the Court's January 30, 2017 Order, the Department of State ("State") reviewed the data sources searched, and the dates that those searches covered, with the persons and State components that carried out searches in this matter.
2. Based on that review and discussions between counsel for the parties, State provided additional information about the scope of its searches to plaintiffs' counsel.
3. The parties also discussed additional search terms for renewed searches in this matter.
4. Pursuant to these discussions, the parties have agreed to a set of additional searches to be conducted in this matter.

5. The need for, and timing of, further proceedings in this matter will be dependent on the results of State's renewed searches, its review and production of responsive material, and plaintiffs' review of the material produced.
6. State estimates that production of responsive material from its renewed searches is likely to take a minimum of six months.
7. The parties have agreed that State may produce responsive material in rolling productions every months, with an initial production scheduled for May 31, 2017; and subsequent productions scheduled for the last day of each month.
8. The parties therefore propose that a further joint status report be due following the scheduled September 30, 2017 production, on October 13, 2017.

Dated: March 31, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

MARCIA BERMAN
Assistant Branch Director

/s/ *Eric J. Soskin*
ERIC J. SOSKIN (PA Bar #200663)
Senior Counsel
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Ave., NW Rm. 7116
Washington, DC 20001
Telephone: (202) 353-0533
Fax: (202) 616-8470
Email: Eric.Soskin@usdoj.gov
*Attorneys for Defendant*

/s/ *Bradley P. Moss*
Bradley P. Moss, Esq.

D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
brad@markzaid.com
mark@markzaid.com
*Attorneys for Plaintiff*